UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHEILA A. GRIFFIN,**

           **Plaintiff,**

**-vs-**                              **Case No. 6:06-cv-672-Orl-18JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

           **Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's unopposed Motion to Dismiss (doc. 17). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. This case is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(2). Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 6th day of February, 2007.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record